⸺AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

THE UNITED STATES OF AMERICA, for the use at JUDGE KOELTL R/ Mechanical, Inc.,

V.

HUMPHREYS & HARDING, INC. and LIBERTY MUTUAL INSURANCE COMPANY, as surety,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:



08 CIV 4379

TO: (Name and address of Defendant)

HUMPHREYS & HARDING, INC.
755 Second Avenue, 2nd Floor
New York, NY 10017

LIBERTY MUTUAL INSURANCE COMPANY
1211 Avenue of the Americas, New York, NY 10036

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William J. Cortellessa, Esq.
Salon Marrow Dyckman Newman & Broudy, LLP.
292 Madison Avenue, 6th Floor
New York, NY 10017
(212) 661-7100

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**                                MAY 09 2008

CLERK                                                            DATE

(By) DEPUTY CLERK

♦AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____           _____
                      Date                                       *Signature of Server*

                                   _____
                                   *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>COUNTY OF NEW YORK<br>DISTRICT:<br>Attorneys: Salon Marrow Dyckman & Newman, LLP   PH: 212-661-7100<br>Address: 292 Madison Avenue, 6th Flr  New York  NY  10017    File No.: 11713.002 | INDEX NO: 08 CIV 4379<br>FILED ON:  May 9, 2008 |

*THE UNITED STATES OF AMERICA, ETC.*

vs                                                                                                   Plaintiff(s)

*HUMPHREYS & HARDING, INC, ET ANO*

Defendant(s)

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:     **AFFIDAVIT OF SERVICE<br>BY THE SECRETARY OF STATE**

_____Steven Avery_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____May 28, 2008_____, at ___10:20am___, at the office of the Secretary of State of the State of New York in the City of Albany, New York, deponent served the annexed _____Summons and Complaint with Rule 7.1 Statement_____, on

_____HUMPHREYS & HARDING, INC,_____,

Defendant in this action, by delivering to and leaving with ___DONNA CHRISTIE___, Authorized Agent, in the Office of the Secretary of State of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State the statutory fee, $40.00. Service was made pursuant to Section ___306 Business Corporation Law___.

☐ Service was completed by mailing notice of such service and one (1) true copy thereof by        ☐ Registered or
☐ 1st Class Mail and Certified Mail, # _____, Return Receipt Requested on _____
to said defendant at: _____.

☐ Papers so served were properly endorsed with the index number and date of filing.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.
Description of the person served:  Approx. Age: ___35___   Approx. weight: ___140___   Approx. Ht.: ___5'5"___
Sex: _FEMALE_  Color of skin: _WHITE_   Color of hair: _BLONDE_   Other: _____
Sworn to before me on _____June 3, 2008_____

WENDY RESNICK
NOTARY PUBLIC, State of New York
No.01RE5067464, Westchester County
Commission Expires Oct.15, 2010

Steven Avery
Server's Lic #
Invoice/Work Order # 08012941

*SPS-401 B'WAY-STE.1201, NY, NY 10013, (P)212-226-3322- (F)212-431-9485 WWW.SAV-ONPROCESS.COM*