AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

THE UNITED STATES OF AMERICA, for the use
and benefit of J.R. Mechanical, Inc.,

V.

HUMPHREYS & HARDING, INC. and LIBERTY
MUTUAL INSURANCE COMPANY, as surety,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:



08 CIV 4379

TO: (Name and address of Defendant)

HUMPHREYS & HARDING, INC.
755 Second Avenue, 2nd Floor
New York, NY 10017

LIBERTY MUTUAL INSURANCE COMPANY
1211 Avenue of the Americas, New York, NY 10036

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William J. Cortellessa, Esq.
Salon Marrow Dyckman Newman & Broudy, LLP.
292 Madison Avenue, 6th Floor
New York, NY 10017
(212) 661-7100

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                        MAY 09 2008

CLERK                                                                    DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
                    Date                          *Signature of Server*

                                        _____
                                            *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

INDEX #: 08 CIV 4379
Date Filed: May 9, 2008
Court Date: _____

**UNITED STATES DISTRICT COURT**
**COUNTY OF NEW YORK**   DISTRICT:
Attorneys: Salon Marrow Dyckman & Newman, LLP   PH: 212-661-7100
Address: 292 Madison Avenue, 6th Flr   New York   NY   10017   File No.: 11713.002

*THE UNITED STATES OF AMERICA, ETC.*

vs   *Plaintiff(s)/Petitioner(s)*

*HUMPHREYS & HARDING, INC, ET ANO*

*Defendant(s)/Respondent(s)*

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:   **AFFIDAVIT OF SERVICE**

_____Markland J. Harrison_____, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On ___June 5, 2008___ at ___1:49PM___, at ___1211 AVENUE OF AMERICAS, NEW YORK, NY 10036___, deponent served the within ___Summons and Complaint with Rule 7.1 Statement___

on: ___**LIBERTY MUTUAL INSURANCE COMPANY**___, ___**Defendant**___ therein named.

**#1 INDIVIDUAL** [ ]   By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORPORATION** [X]   By delivering thereat a true copy of each to ___JAMES DIPASQUALE___ personally, deponent knew the person so served to be the ___AGENT AUTHORIZED___ of the corporation, and authorized to accept service on behalf of the corporation.

**#3 SUITABLE AGE PERSON** [ ]   By delivering a true copy of each to _____ _____ a person of suitable age and discretion.
Said premises is recipient's: [ ] actual place of business   [ ] dwelling house (usual place of abode) within the state.

**#4 AFFIXING TO DOOR** [ ]   By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business   [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
Address confirmed by _____.

**#5 MAIL COPY** [ ]   On _____, deponent completed service by depositing a true copy of each document to the Defendant at
___1211 AVENUE OF AMERICAS, NEW YORK, NY 10036___
in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York [ ] and Certified Mail # _____

**#6 DESCRIPTION** [X] (use with #1, 2 or 3)   A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex: __Male__   Color of skin: __White__   Color of hair: __GREY/BALD__   Age: __50- 60 Yrs.__   Height: __5' 4" - 5' 8"__
Weight: __131 - 160 Lbs.__   Other Features: _____

**#7 WIT. FEES** [ ]   the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#8 MILITARY SRVC** [ ]   Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State of New York and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform.

**#9 USE IN NYC CIVIL COURT** [ ]   The language required by NYCRR 2900.2 (e), (f) & (h) was set forth on the fact of said summons (es).

**#10 OTHER** [ ]

Sworn to before me on ___June 6, 2008___

WENDY RESNICK
NOTARY PUBLIC, State of New York
No.01RE5067464, Westchester County
Commission Expires Oct.15, 2010

Markland J. Harrison
Server's Lic # 1080830
Invoice/Work Order # 08014762

*SPS-401 B'way-Ste.1201, NY, NY 10013, (P)212-226-3322- (F)212-431-9485 www.sav-onprocess.com*