UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
THE UNITED STATES OF AMERICA, for the use and benefit of J.P.R. Mechanical, Inc.,

                        Plaintiff,

-against-

HUMPHREYS & HARDING, INC. and LIBERTY MUTUAL INSURANCE COMPANY, as surety,

                        Defendants.

------------------------------------------------------------------X

Index No: 08 CIV 4379 (MGC)

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendants, HUMPHREYS & HARDING, INC. ("H&H") and LIBERTY MUTUAL INSURANCE COMPANY ("Liberty Mutual"), certifies to wit:

a. Defendant H&H is neither a publicly held corporation nor a subsidiary of a parent corporation; and

b. No publicly held corporation owns 10% or more of defendant Liberty Mutual's stock and its parent corporation is Liberty Mutual Group, Inc.

Dated: New York, New York
       July 15, 2008

                                                  PECKAR & ABRAMSON, P.C.

                                                  By: _____
                                                     Howard M. Rosen, Esq. (HR9443)
                                                      Jeffrey R. Escobar, Esq. (JE9406)
                                                    *Attorneys for Defendants*
                                                      Humphreys and Harding, Inc. and
                                                      Liberty Mutual Insurance Company
                                                  41 Madison Avenue, 20th Floor
                                                  New York, New York 10010
                                                  (212) 382-0909

LAW OFFICES
Peckar & Abramson
A Professional Corporation